# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

October 10, 2024

To:  Thomas G. Bruton
     UNITED STATES DISTRICT COURT
     Northern District of Illinois
     Chicago, IL 60604-0000

| | |
|---|---|
| No. 24-2334 | GEORGE SANDERS,<br>              Plaintiff - Appellant<br><br>v.<br><br>E.A. SWEEN COMPANY,<br>              Defendant - Appellee |

| Originating Case Information: |
|---|
| District Court No: 1:23-cv-14902 |
| Northern District of Illinois, Eastern Division |
| Magistrate Judge Sunil R. Harjani |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                          Circuit Rule 3(b)

STATUS OF THE RECORD:                       no record to be returned

form name: **c7_Mandate**    (form ID: **135**)